McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO DEL VALLE, an Individual, and ELSIE DEL VALLE, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>MORTGAGE BANK OF CALIFORNIA, a California Corporation;<br>JPMORGAN CHASE BANK, a New York Corporation, formerly known as WASHINGTON MUTUAL BANK;<br>QUALITY LOAN SERVICE CORPORATION, a California Corporation;<br>and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  1:09-CV-01316-OWW-DLB<br><br>**FINAL ORDER/JUDGMENT GRANTING MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND DIMISSING ACTION WITH PREJUDICE**<br><br>Date: May 3, 2010<br>Time: 10:00 a.m.<br>Ctrm: 3<br>Judge: Hon. Oliver W. Wanger |

DEFENDANT JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS PURCHASER OF THE LOANS AND OTHER ASSETS OF WASHINGTON MUTUAL BANK, FORMERLY KNOWN AS WASHINGTON MUTUAL BANK, FA (THE "SAVINGS BANK") FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION, ACTING AS RECEIVER FOR THE SAVINGS BANK AND PURSUANT TO ITS AUTHORITY UNDER THE FEDERAL DEPOSIT INSURANCE ACT, 12 U.S.C. § 1821(d) ("JPMORGAN"), erroneously sued individually as JPMORGAN CHASE BANK and WASHINGTON MUTUAL

1
**PROOF OF SERVICE**

BANK, JPMORGAN's Motion to Dismiss Plaintiff ANTONIO DEL VALLE and ELSIE DEL VALLE (collectively as "PLAINTIFFS")' First Amended Complaint, came before this Court at the above-captioned date, time, and department. After review of the pleadings and records on file herein:

IT IS HEREBY ORDERED that JPMORGAN's Motion to Dismiss PLAINTIFFS' First Amended Complaint is GRANTED AND THAT THE ENTIRE ACTION IS DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:   **May 13, 2010**          **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800  FACSIMILE (619) 685-4811