IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO DEL VALLE, et al., | ) | No. CV-F-09-1316 OWW/DLB |
| | ) | |
| | ) | MEMORANDUM DECISION AND |
| | ) | ORDER GRANTING DEFENDANT |
| Plaintiffs, | ) | JPMORGAN CHASE BANK'S EX |
| | ) | PARTE APPLICATION TO EXPUNGE |
| vs. | ) | LIS PENDENS (Doc. 46), |
| | ) | VACATING JUDGMENT ENTERED ON |
| | ) | MAY 14, 2010 (Doc. 45), |
| MORTGAGE BANK OF CALIFORNIA, | ) | DISMISSING ACTION AGAINST |
| et al., | ) | ALL DEFENDANTS, AND |
| | ) | DIRECTING CLERK OF COURT TO |
| | ) | ENTER JUDGMENT IN FAVOR OF |
| Defendants. | ) | ALL DEFENDANTS |
| | ) | |

On May 26, 2010, Defendant JPMorgan Chase Bank ("JPMorgan") filed an ex parte application to expunge the lis pendens recorded on August 4, 2009 in the Kern County Recorder's Office as Instrument No. 0209113422 as to 11611 Peninsula Drive, Bakersfield, CA 93311, Assessor's Parcel Number 522-322-08-00-9. Plaintiffs have filed no objection to this application.

This action was dismissed against JPMorgan with prejudice by

Order filed on May 14, 2010 (Doc. 44):

> IT IS HEREBY ORDERED that JPMORGAN'S Motion to Dismiss PLAINTIFFS' First Amended Complaint is GRANTED AND THAT THE ENTIRE ACTION IS DISMISSED WITH PREJUDICE.

Judgment was entered on May 14, 2010.

However, the docket establishes that two other defendants, Mortgage Bank of California and Quality Loan Service Corporation, were served with process and have not appeared in this action, making the Judgment entered on May 14, 2010 improper.  By Order filed on June 28, 2010, (Doc. 47), Plaintiffs' attorney was ordered to file a status report within five court days concerning the status of Mortgage Bank of California and Quality Loan Service Corporation in this action and was advised:

> Failure to timely comply will result in the dismissal of this action against Mortgage Bank and Quality Loan Service and the granting of JPMorgan's ex parte application to expunge lis pendens.

Plaintiffs' response was due by Tuesday, July 6, 2010.  No response has been filed.

Accordingly, it is ordered:

1. JPMorgan's ex parte application to expunge lis pendens is GRANTED.  the lis pendens recorded on August 4, 2009 in the Kern County Recorder's Office as Instrument No. 0209113422 as to 11611 Peninsula Drive, Bakersfield CA 93311, Assessor's Parcel No. 522-322-08-00-9 is EXPUNGED;

2. This action is DISMISSED against all Defendants;

3. The Judgment entered on May 14, 2010 is VACATED;

**4.   The Clerk of the Court is directed to ENTER JUDGMENT in favor of all Defendants and against Plaintiffs.**

IT IS SO ORDERED.

**Dated:   July 8, 2010**               /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE